In the Matter of TASHA M. an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; TRACY G.-O.,

Appellant, et al., Respondent. [879 NYS2d 794]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered March 27, 2008 in a proceeding pursuant to Family Court Act article 10. The order, inter alia, adjudged that respondent Tracy G.-O. derivatively neglected Tasha M.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Centra, Pine and Gorski, JJ. [*See* 19 Misc 3d 1141(A), 2008 NY Slip Op 51088(U).]